FILED
16 JAN 27 AM 10: 43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | CASE NO. 1 : 16 CR 027 |
| | ) | |
| v. | ) | Title 21, Section 841(a)(1) and |
| | ) | (b)(1)(C), United States Code, |
| JAKUB WOJTAN, | ) | Title 18, Section 922(o), |
| | ) | United States Code, and Title |
| | ) | 26 Section 5861(d), United States Code |

JUDGE BOYKO

### COUNT 1

The Grand Jury charges:

On or about December 17, 2015, in the Northern District of Ohio, Eastern Division, JAKUB WOJTAN, did knowingly and intentionally possess with the intent to distribute, a mixture or substance containing a detectable amount of methylenedioxymeth amphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(C), United States Code.

### COUNT 2

The Grand Jury further charges:

On or about December 17, 2015, in the Northern District of Ohio, Eastern Division, JAKUB WOJTAN did knowingly and unlawfully possess a machine gun as defined in Title 26, Section 5845(b), and more particularly described as a STEN 9mm Submachine Gun, no serial number, in violation of Title 18, Section 922(o), United States Code.

## COUNT 3

The Grand Jury further charges:

On or about December 17, 2015, in the Northern District of Ohio, Eastern Division, JAKUB WOJTAN, did knowingly and unlawfully possess a machine gun as defined in Title 26, Section 5845(b), United States Code, and more particularly described as a STEN 9mm Submachine Gun, no serial number as required which firearm had not been registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, Section 5841, United States Code and in violation of Title 26, Sections 5861(d) United States Code.

## COUNT 4

The Grand Jury further charges:

On or about December 17, 2015, in the Northern District of Ohio, Eastern Division, JAKUB WOJTAN, did knowingly and unlawfully possess a shotgun as defined in Title 26, Section 5845(a), United States Code, and more particularly described as a Smith & Wesson Shotgun, Serial Number 55B073 with a barrel length of less of than .18 inches and overall length of less than 26 inches, which firearm had not been registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, Section 5841, United States Code and in violation of Title 26, Sections 5861(d), United States Code.

## COUNT 5

The Grand Jury further charges:

On or about December 17, 2015, in the Northern District of Ohio, Eastern Division, JAKUB WOJTAN, did knowingly and unlawfully possess a firearm as defined in Title 26, Sections 5845(a)(7), United States Code, that is, a silencer within the meaning of Title 18,

Section 921(a)(24), United States Code, and more particularly described as a device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer, and any part intended only for use in such assembly or fabrication, which firearm had not been registered to JAKUB WOJTAN in the National Firearms Registration and Transfer Record, as required by Title 26, Sections 5822 and 5841, United States Code, in violation of Title 26, Sections 5861(d), United States Code.

## COUNT 6

The Grand Jury further charges:

On or about December 17, 2015, in the Northern District of Ohio, Eastern Division, JAKUB WOJTAN, did knowingly and unlawfully possess firearms as defined in Title 26, Section 5845(b), United States Code, and more particularly described as: an AK47 Assault Rifle, Upper Serial Number #DN3207 and Lower Serial Number SAT4700826; and a FAL Rifle, Upper Serial Number 9602302B59 and Lower Serial Number 103438, which firearms had not been registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, Section 5841, United States Code, in violation of Title 26, Sections 5861(d), United States Code.

TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.